FILED
APR 0 8 2008
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY DEPUTY CLERK

A 91 (Rev. 5/85) Criminal Complaint (US Customs Eagle Pass)

# United States District Court

WESTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA
v.
RASMUSSEN, Cody
WELLS, Christopher

Ft. Worth

**CRIMINAL COMPLAINT**
CASE NUMBER: DR08-4801M-01,02

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about 4/6/2008 in Maverick County, in the Western District of Texas defendant(s) did

unlawfully, knowingly, and intentionally did conspire to import or cause to be imported 71.15 kilograms of marijuana, a Schedule I Controlled Substance,

in violation Title(s) 21 United States Code, Section(s) 952

I further state that I am an Immigration and Customs Enforcement Special Agent and that this complaint is based on the following facts:

On April 6, 2008, agents from the office of the Resident Agent in Charge (RAC), Eagle Pass, Texas arrested Cody RASMUSSEN and Christopher WELLS for attempting to smuggle 71.15 kilograms of marijuana from the Republic of Mexico into the United States through the Eagle Pass Port of Entry, Bridge #1. RASMUSSEN was the driver of a 1991 GMC Van bearing Texas registration 040 WSW. WELLS was a passenger in the vehicle. RASMUSSEN gave a negative declaration to Customs and Border Protection Officer (CBPO) R. Chavarria who was conducting vehicle primary inspections. CBPO Chavarria noticed that RASMUSSEN began sweating profusely during routine questioning. CBPO Chavarria found it odd that RASMUSSEN and WELLS would travel all the way from Ft. Worth, Texas to Piedras Negras, Mexico to shop for trinkets. CBPO Chavarria referred RASMUSSEN to Customs secondary for further inspection.

While in Customs secondary, CBPO J. Fuentes also received a negative declaration from RASMUSSEN. Subsequent inspection of the vehicle revealed 36 packages containing marijuana located in a non-factory compartment found in the side walls of the van. A green leafy substance was extracted from a random package and field-tested positive for marijuana. Immigration and Customs Enforcement Special Agent Mendoza advised RASMUSSEN and WELLS of their constitutional rights, as per Miranda. RASMUSSEN and WELLS gave contradicting stories of the events that had transpired. Assistant United States Attorney (AUSA) E. Giese was contacted and accepted the case for Federal prosecution. The gross weight of the marijuana was 71.15 kilograms.

Continued on the attached sheet and made a part hereof: ☐ Yes ☑ No

Signature of Complainant

Sworn to before me and subscribed in my presence,

04/08/2008
Date

at

Del Rio, Texas
City and State

United States Magistrate Judge
Title of Judicial Officer

Signature of Judicial Officer