AO 442 (Rev. 5/93) Warrant for Arrest

FILED
APR 0 8 2008
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY ________ DEPUTY CLERK

# United States District Court

Western DISTRICT OF Texas

UNITED STATES OF AMERICA

v.

WELLS, Christopher

06/03/1981

**WARRANT FOR ARREST**

CASE NUMBER: DR08-4801M-02

TO: **The United States Marshal**
**and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest WELLS, Christopher

Name

and bring him or here forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☑ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

On April 6, 2008, Christopher WELLS unlawfully, knowingly and intentionally did import and cause to be imported 71.15 kilograms of marijuana, a Schedule I Controlled Substance,

in violation of Title 21 United States code, Section(s) 952

DENNIS G. GREEN
U.S. Magistrate Judge
Name of Issuing Officer

U.S. Magistrate Judge
Title of Issuing Officer

Signature of Issuing Officer

04/08/2008 Del Rio, Texas
Date and Location

Bail fixed at $ Detain by ________
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at Del Rio, Texas | | |
| DATE RECEIVED 04/08/2008 | NAME AND TITLE OF ARRESTING OFFICER S/A Manuel Mendoza Jr. | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 4/6/2008 | | |